■ COLAD GROUP, INC., Appellant, v CREATIVE MARKETING, INC., Respondent, et al., Defendant. [646 NYS2d 475] — Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Mintz, J. (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Dismiss Complaint.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.